UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RAHMAT ABDHIR,<br>    and<br>ZULKIFLI ABDHIR.<br><br>        Defendants. | No. CR07-00501 JF<br><br>**UNSEALING ORDER**<br><br>FILED<br>AUG – 2 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

For good cause shown, as set forth in the oral application made by Department of Justice Trial Attorney John T. Gibbs, the Clerk of Court is hereby **ORDERED** to unseal the application and affidavit in support of search warrants, search warrants, indictment, and arrest warrant, all dated August 1, 2007. The government is making this request as the defendant has made his initial appearance and has no objection to the unsealing of this case.

**IT IS SO ORDERED.**

DATED: August 2, 2007

THE HON. HOWARD R. LLOYD
United States Magistrate Judge

1