1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR 07-00501 JF
14                                      )
           Plaintiff,                   )   **NOTICE OF CHANGE OF COUNSEL**
15                                      )
       v.                               )
16                                      )
   RAHMAT ABDHIR, et al.,               )
17                                      )
           Defendant.                   )
18 ─────────────────────────────────    )

19
20     The United States Attorney's Office hereby files this Notice of Change of Counsel to
21 advise the court of additional co-counsel that has been assigned to this case, namely, Assistant
22 United States Attorney ("AUSA") Tracie Brown.  Future ECF notices and court notices
23 ///
24 ///
25 ///
26 ///
27
28

   Case # CR 07-00501 JF
   NOTICE OF CHANGE OF COUNSEL

1  should include AUSA Brown at the email address of tracie.brown@usdoj.gov.

3  DATED: August 17, 2007           Respectfully submitted,

4                                   SCOTT N. SCHOOLS
                                    United States Attorney

6                                           /s/
                                    _____
7                                   TRACIE BROWN
                                    Assistant United States Attorney

Case # CR 07-00501 JF
NOTICE OF CHANGE OF COUNSEL