SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JONATHAN SCHMIDT (CSBN 230646)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6776
Facsimile: (415) 436-7234
Email: jonathan.schmidt@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00501 JF |
| ) | |
| Plaintiff, ) | **NOTICE OF CHANGE OF COUNSEL** |
| ) | |
| v. ) | |
| ) | |
| RAHMAT ABDHIR, et al., ) | |
| ) | |
| Defendant. ) | |

  The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court of additional co-counsel that has been assigned to this case, namely, Assistant United States Attorney ("AUSA") Jonathan Schmidt.  Future ECF notices and court notices

///

///

///

///

Case # CR 07-00501 JF
NOTICE OF CHANGE OF COUNSEL

1  should include AUSA Schmidt at the email address of <u>jonathan.schmidt@usdoj.gov</u>.

3  DATED: August 17, 2007              Respectfully submitted,

4                                       SCOTT N. SCHOOLS
                                        United States Attorney

6                                              /s/
                                        _____
7                                       JONATHAN SCHMIDT
                                        Assistant United States Attorney

Case # CR 07-00501 JF
NOTICE OF CHANGE OF COUNSEL