1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CABN 184339)
   JONATHAN D. SCHMIDT (CABN 230646)
5  Assistant United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436–6767
7  JOHN GIBBS (VABN 40380)
   JOANNA BALTES (CABN 205061)
8  DOJ Trial Attorneys
       950 Pennsylvania Avenue, Suite 2714
9      Washington, D.C. 20350
       Telephone: (202) 353-3469
10                (202) 307-6326

11 Attorneys for Plaintiff

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

16
17 UNITED STATES OF AMERICA,           )   No. CR-07-00501-JF (RS)
                                       )
18     Plaintiff,                      )   **MOTION ON CONSENT FOR**
                                       )   **PROTECTIVE ORDER**
19  v.                                 )   **RE: DISCOVERY MATERIALS**
                                       )
20 RAHMAT ABDHIR et al                 )
                                       )   SAN JOSE VENUE
21     Defendants.                     )
   _____)

22

23     Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the parties respectfully

24 move the Court for the entry of a protective order governing the handling of discovery materials

25 in this case.  Counsel for the government and counsel for the defendant have conferred and

26 consent to the entry of the proposed Order attached hereto, with the express understanding and

27 request that the entry of such an Order be without prejudice to either party's right to request a

28 revision of the Order by appropriate motion to the Court.

1 | Accordingly, the parties respectfully request that the Court enter the attached Order on
2 | consent and without prejudice to either party's right to seek a revision of the Order by
3 | appropriate motion to the Court.

4 |                         Respectfully submitted,

5 | Dated:      October 15, 2007

6 | SCOTT N. SCHOOLS                         RAHMAT ABDHIR
   | United States Attorney                          Defendant

7 |

8 |

9 |    /s/                                            /s/
   | JONATHON SCHMIDT                       NICHOLAS HUMY
   | TRACIE BROWN                               CYNTHIA LIE

10 | Assistant U.S. Attorneys                    Assistant Federal Public Defenders
   | JOHN GIBBS

11 | JOANNA BALTES
   | DOJ Trial Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAHMAT ABDHIR,<br>　　a/k/a Sean Kasem,<br>　　a/k/a Sean Kalimin,<br>　　a/k/a Roy Kalimin,<br>　　a/k/a Salam A. Jabar,  and<br><br>ZULKIFLI ABDHIR,<br>　　a/k/a Zulkifli Bin Abdul Hir,<br>　　a/k/a Hulagu,<br>　　a/k/a Holagu,<br>　　a/k/a Lagu,<br>　　a/k/a Marwan,<br>　　a/k/a Kulon<br>　　a/k/a Musa Abdul,<br>　　a/k/a Musa Abdul Hir,<br>　　a/k/a Zulkifli Abdul Hir,<br>　　a/k/a Zulkifli bin Hir,<br>　　a/k/a Abdul Hir bin Zulkifli,<br>　　a/k/a Abdulhir Bin Hir,<br>　　a/k/a Bin Abdul Hir Zulkifli,<br><br>　　　　Defendants. | No.  07CR 00501-01-JF<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　I, Joanna P. Baltes, am a citizen of the United States and I am at least eighteen years of age. My business address is 950 Pennsylvania Avenue, N.W., Suite 2714, Washington, D.C. 20530.

　　I am not a party to the above-entitled action.  I have caused service of the government's **MOTION ON CONSENT FOR PROTECTIVE ORDER RE: DISCOVERY MATERIALS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

　　　　Nicholas Humy. nicholas_humy@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2007.　　　　　　　　 /s/ Joanna P. Baltes  
　　　　　　　　　　　　　　　　　　　　　　　JOANNA P. BALTES