```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  HARTLEY M. K. WEST (CABN 191609)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6747
 7      FAX: (415) 436-7234
        Hartley.west@usdoj.gov
 8
    Attorneys for United States of America
 9
10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION
13
    UNITED STATES OF AMERICA,              )  No. CR 07-00501-02-EXE JF
14                                         )
              Plaintiff,                   )  NOTICE OF DISMISSAL
15                                         )
         v.                                )
16                                         )
    ZULKIFLI ABDHIR,                       )
17                                         )
              Defendant.                   )
18  _____)

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above indictment with prejudice

21  with regard to defendant Zulkifli Abdhir, and moves that the Court quash the arrest warrant for Zulkifli

22  Abdhir that was issued in connection with the indictment in this case. The United States has learned that

23  Zulkifli Abdhir is now deceased.

24

25  DATED: April 8, 2015                          Respectfully submitted,

26                                                MELINDA HAAG
                                                  United States Attorney
27
                                                  _____/s/_____
28                                                DAVID R. CALLAWAY
                                                  Chief, Criminal Division

    NOTICE OF DISMISSAL
    CR 07-00501-02-EXE
```

1     Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

DATED: April 9, 2015

_____
HON. WILLIAM H. ORRICK
United States District Judge

NOTICE OF DISMISSAL
CR 07-00501-02-EXE